**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   IMHOTEP JORDAN, JR.,                    No. C 11-02668 SBA (PR)

11              Plaintiff,             **ORDER DIRECTING PLAINTIFF TO
                                       SHOW CONTINUED INTENT TO
12      v.                             PROSECUTE THIS ACTION**

13   J. CORONADO, et al.,

14              Defendants.
                                                    /
15

16          Plaintiff filed the instant pro se civil rights complaint under 42 U.S.C. § 1983, and he also

17   filed a document entitled, "Affidavit of Truth."  On June 3, 2011, the Clerk sent Plaintiff a notice

18   directing him to pay the filing fee or to file a completed in forma pauperis application.  On the same

19   day, the Clerk sent Plaintiff a notice directing him to file a completed civil rights complaint form.

20   The Clerk also sent Plaintiff copies of his complaint and his "Affidavit of Truth."

21          Pursuant to Federal Rule of Civil Procedure 41(b), a district court may sua sponte dismiss an

22   action for failure to prosecute or to comply with a court order.  See Link v. Wabash R.R., 370 U.S.

23   626, 633 (1962); McKeever v. Block, 932 F.2d 795, 797 (9th Cir. 1991).  But such a dismissal

24   should only be ordered when the failure to comply is unreasonable.  See id.  A district court should

25   afford the litigant prior notice of its intention to dismiss.  See Malone v. United States Postal Serv.,

26   833 F.2d 128, 133 (9th Cir. 1987).

27          In the instant case, Plaintiff has failed to communicate with the Court since he filed this

28   action.  On July 7, 2011, the Clerk of the Court sent Plaintiff a second notice directing him to file a

completed complaint form and a completed IFP application.  Furthermore, the copies of his complaint and "Affidavit of Truth" were returned as undeliverable on July 13, 2011 with a notation: "Returned to Sender -- Refused," and an additional handwritten notation, "Inmate Refused."

On July 15, 2011, the second Clerk's notice was returned with a notation: "Returned to Sender -- Refused."

On August 2, 2011, the Clerk re-sent the second notice to Plaintiff.  On August 12, 2011, the second notice that was re-sent to Plaintiff was returned with a notation: "Returned to Sender -- Refused."

Accordingly, it is in the interests of justice and judicial efficiency for the Court to establish whether Plaintiff intends to continue to prosecute this action.  Plaintiff shall file a notice of his continued intent to prosecute no later than **thirty (30) days** of the date of this Order.  Failure to do so will result in the dismissal of this action without prejudice for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.  See Malone, 833 F.2d at 133 (the district court should afford the litigant prior notice before dismissing for failure to prosecute).

IT IS SO ORDERED.

DATED: 9/16/11

SAUNDRA BROWN ARMSTRONG
United States District Judge

**United States District Court**
For the Northern District of California

1
2   UNITED STATES DISTRICT COURT
    FOR THE
3   NORTHERN DISTRICT OF CALIFORNIA

4   IMHOTEP JORDAN JR,
                                            Case Number: CV11-02668 SBA
5              Plaintiff,
                                            **CERTIFICATE OF SERVICE**
6      v.

7   J CORONADO et al,

8              Defendant.
    _____/
9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.
11
    That on September 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
12  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
13  in the Clerk's office.

14

15  Imhotep  Jordan C-71742
16  Calipatria State Prison
    P.O. Box 5002
17  Calipatria,  CA 92233

18  Dated: September 20, 2011

19                                          Richard W. Wieking, Clerk
                                            By: LISA R CLARK, Deputy Clerk
20

21

22

23

24

25

26

27

28